# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 24, 2023

SEAN F. McAVOY, CLERK

## REQUEST FOR OUT OF COUNTRY TRAVEL

Name of Offender: Miles, Kevin Darnell
Name of Supervising Judicial Officer: Jose Valencia
Docket No: 2:13CR-00008-WFN-28

## PETITIONING THE COURT

A supervision report was submitted to the Court providing information regarding the above offender's request to travel out of the county. The U.S. Probation/Pretrial Services Officer is seeking the Court's approval for Kevin Darnell Miles to travel out of the country.

|  |  |
|---|---|
| Respectfully submitted by, | |
| s/Jose Valencia | 07/24/2023 |
| Jose Valencia<br>U.S. Probation Officer | Date |

## THE COURT ORDERS

Having reviewed the United States Probation/Pretrial Services Officer's request for offender's travel, IT IS HEREBY ORDERED, THE COURT:

[X] **Approves travel request**
[ ] **Denies travel request**
[ ] **Other**

Signature of Judicial Officer

7/24/2023
Date